In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00521-CR
_____

**WILSON BARRON COLEMAN IV, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 298460**

**MEMORANDUM OPINION**

On March 22, 2016, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why he needed time for filing the record. The appellant did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

_____

STEVE McKEITHEN<br>
Chief Justice

Submitted on May 10, 2016<br>
Opinion Delivered May 11, 2016<br>
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.